JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>**JONATHAN and JAYNE ELIZABETH ZIV,**<br><br>               Debtors.<br><br>**ROSA LOPEZ and MARIO VALENCIA,**<br><br>               Appellants.<br>v.<br><br>**JONATHAN and JAYNE ELIZABETH ZIV**,<br><br>               Appellees. | District Court Case No. 2:14-cv-8636-AB<br><br>Bankruptcy Court Case No. 9:12-bk-13712-PC<br><br>[Chapter 7]<br><br>**ORDER APPROVING "STIPULATION FOR DISMISSAL OF APPEAL AS INTERLOCUTORY"**<br><br>[No Hearing Required] |

    A "Stipulation for Dismissal of Appeal as Interlocutory" having been filed herein ("the Stipulation"), and the Court having reviewed the Stipulation and finding the same to be reasonable, IT IS HEREBY ORDERED that the Stipulation is APPROVED. Specifically, IT IS HEREBY ORDERED that this appeal is DISMISSED AS INTERLOCUTORY.

Dated: March __11__, 2015

                                                                                 ANDRÉ BIROTTE JR.
                                                                United States District Court Judge